IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASIN DAWOOD,<br><br>   *Plaintiff,*<br><br>v.<br><br>CHRISTOPHER LATOUCHE and DOVE TRANSPORTATION, LLC.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 17-04591 |

## ORDER

**AND NOW**, this 16th day of February, 2018, upon consideration of Defendants' Motion for Transfer Pursuant to 28 U.S.C. § 1404(a), (ECF No. 3), and Plaintiff's response thereto, (ECF No. 5), it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED**. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall **TRANSFER** the case to the United States District Court for the Middle District of Pennsylvania.

2. Defendants' Motion to Amend (ECF No. 6) is **DENIED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.